## JAMES HAZLIP *versus* PHILO TAYLOR

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Motion for bail or procedendo *p. 312; (2) time for filing declaration extended *p. 357; (3) remanded by procedendo *p. 447.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration and bill of particulars; (4) plea of non assumpsit and notice of set off.

*1822–23 Calendar*, MS p. 20.